ORIGINAL

mariaorrinf

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP -6 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00089 |
| Plaintiff, | **INFORMATION** |
| vs. | THEFT OF GOVERNMENT PROPERTY |
| MARIA G. ORR, | [18 U.S.C. § 641] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about August 13, 2007, in the District of Guam, the defendant, MARIA G. ORR., willfully and knowingly, did embezzle, steal, convert to her own use and without authority dispose of a thing of value of the United States, to wit: consumer items belonging to the Army and Air Force Exchange Service, with the intent to permanently deprive the owner the use and

//
//
//
//
//

enjoyment thereof, of the value of less than $1,000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 5 day of September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney

Approved:

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

# Criminal Case Cover Sheet         U.S. District Court

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07 – 00089**
Same Defendant _____  New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__  Matter to be sealed: ___ Yes __x__ No

Defendant Name __MARIA G. ORR__

Alias Name _____

Address _____

__Santa Rita, Guam__

Birthdate __Xx/xx/19__ SS# __xxx-xx-2716__ Sex __F__ Race ___ Nationality __Bucharest__

**U.S. Attorney Information:**

SAUSA __Kristin St. Peter__

**Interpreter:** __X__ No ___ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED SEP -6 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __1__  ___ Petty __X__ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __9/5/07__  Signature of AUSA: _____