

**ORIGINAL**

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP - 6 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00089 |
| Plaintiff, | |
| vs. | UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS |
| MARIA G. ORR, | |
| Defendant. | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, MARIA G. ORR., based on an Information filed charging the defendant with Theft of Government Property in violation of Title 18, United States Code, Section 641

Respectfully submitted this 5 day of September, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney