LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **Re: United States' Request** |
| | ) | **For Issuance of Summons** |
| MARIA G. ORR, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the filing of an Information and at the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Tuesday, September 25, 2007, at 9:30 a.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Sep 17, 2007**