# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| MARIA G. ORR | Case Number: CR-07-00089-001 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | Room<br>COURTROOM |
|---|---|
| Before: HONORABLE JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge | Date and Time<br>Tuesday, September 25, 2007 at 9:30 a.m. |

To answer a(n)
☐ Indictment    X Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Pretrial Violation Notice

Charging you with a violation of Title   **18**   United States Code, Section(s)   **641**

Brief description of offense:

**Theft of Government Property**

**FILED**
DISTRICT COURT OF GUAM
SEP 25 2007
JEANNE G. QUINATA
Clerk of Court

**RECEIVED**
SEP 21 2007
US MARSHALS SERVICE-GUAM

LEILANI R. TOVES HERNANDEZ, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

September 18, 2007
Date

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 9/25/2007 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___9/25/2007___          ___J. Sils___
             Date                    Name of United States Marshal

                                     _____
                                     (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.