# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00089-001 |
| --- | --- |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **MARIA G. ORR,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to September 17, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 25, 2007