PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO**: Immigration and Customs Enforcement
Attn: Detention and Removal Operations
108 Hernan Cortez, Suite 100
Hagatna, Guam 96910

**FROM**: Maria C. Cruz, U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**          [ ] **Disposition of Original Notice**

Date: **September 25, 2007**          Date:

By: **Joaquin V.E. Manibusan, Jr.**          By:
**U.S. Magistrate Judge**

---

Defendant: **ORR, Maria Georgiana**          Case Number: **CRIMINAL Case #07-00089-001**

Date of Birth: **XX-XX-1979**          Place of Birth: **Bucharest, Romania**

SSN: **XXX-XX-2716**          Alien ("A") Number: **N/A**

---

**NOTICE OF COURT ORDER** (Order Date: **September 26, 2007**)

[X] The above-named defendant surrendered Passport Number **XXXXXXXX** (Issuing Country: **Romania**) to the custody of the U.S. Probation Office on **Sept. 25, 07**.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
   ☐ Not Convicted - Document returned to defendant.
   ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
   ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)