LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 19 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA G. ORR,<br><br>Defendant. | CRIMINAL CASE NO. 07-00089<br><br>MOTION TO VACATE TRIAL |

COMES NOW the United States of America and hereby motion this Honorable Court to vacate the trial in the above case. The defendant has entered and has been accepted by U.S. Probation Office, into a pretrial diversion on November 16, 2007 for eighteen (18) months. Upon successful completion of the pretrial diversion, the government will move to dismiss the Information.

DATED this 19th day of November 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

ORIGINAL