# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00089 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| MARIA G. ORR, | ) | ORDER |
| Defendant. | ) | |

On September 6, 2007, an Information was filed charging the Defendant with Theft of Government Property, in violation of 18 U.S.C. § 641. On November 19, 2007, the United States filed a motion to vacate the trial date because the Defendant had entered a pretrial diversion for a period of 18 months.

Accordingly, the court dismisses the Information without prejudice for a period of 18 months. If the charge is not reinstated by motion of the United States within 18 months, this case shall be dismissed with prejudice without further order of the court.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Nov 19, 2007**